Dominico Selvaggio, Appellant, v. Vincenzo Micci and Rosa Micci, Appellees.

Gen. No. 42,624.

opinion filed October 25, 1943; rehearing denied November 8, 1943. Phil S. Roe, for appellant; Stanley A. Wilczynski, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.